IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, LOCAL 188 PENSION FUND; et al., <br><br>  Plaintiffs, <br><br>   v. <br><br> THE MECHANICAL SHOP, INC., <br><br>  Defendant. | CIVIL ACTION NO.: 4:24-cv-210 |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal with Prejudice, signed and filed by counsel for Plaintiffs and counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice. (Doc. 18.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 15th day of January, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA